PETER A. STROTZ (SBN: 129904)
SCOTT J. BORROWMAN (SBN: 241021)
**FILICE BROWN EASSA & MCLEOD LLP**
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 444-3131
Fax: (510) 839-7940

CHARLES CORRELL
   (*Pro hac vice* application to be submitted)
**KING & SPALDING LLP**
1100 Louisiana, Suite 4000
Houston, Texas 77002
Tel: (713) 751-3200
Fax: (713) 751-3290

Attorneys for Defendant
CHEVRON U.S.A. INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF MERCED REDEVELOPMENT AGENCY, <br><br> Plaintiff, <br><br> v. <br><br> EXXON MOBIL CORPORATION; EXXON CORPORATION; CHEVRON U.S.A. INC.; CONOCOPHILLIPS COMPANY, F/K/A PHILLIPS PETROLEUM COMPANY, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST BY MERGER TO TOSCO CORPORATION; SHELL OIL COMPANY; KINDER MORGAN ENERGY PARTNERS, L.P.; EQUILON ENTERPRISES LLC; SFPP, L.P.; TESORO CORPORATION; TESORO REFINING AND MARKETING COMPANY and DOES 1 THROUGH 200, inclusive, <br><br> Defendants. | Case No. <br><br> [State Case No. 151145] <br><br><br> **NOTICE OF CONSENT TO REMOVAL** |

Defendant Chevron U.S.A. Inc, by and through its undersigned counsel, hereby consents to the removal of this action by certain defendants, including Shell Oil Company and Equilon Enterprises LLC, from the Superior Court of the State of California, County of Merced (originally denominated No. 151145), to the District Court of the United States for the district and division

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

- 1 -    NOTICE OF CONSENT TO REMOVAL

1  within which this action is pending.

2

3  Dated: May 21, 2008                    **FILICE BROWN EASSA & MCLEOD LLP**

4

5

6  By: _____
     PETER A. STROTZ
7       1999 Harrison Street, 18th Floor
     Oakland, CA  94612
     Tel: (510) 444-3131
8       Fax: (510) 839-7940

9  CHARLES C. CORRELL, JR.
   (*Pro hac vice* application to be submitted)
10 **KING & SPALDING LLP**
   1100 Louisiana, Suite 4000
11 Houston, Texas 77002
   Tel:  (713) 751-3200
12 Fax: (713) 751-3290

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131