1  LATHAM & WATKINS LLP
      Jon D. Anderson (Bar No. 75694)
2     Eric M. Katz (Bar No. 204011)
   650 Town Center Drive, 20th Floor
3  Costa Mesa, California 92626-1925
   Telephone:   714.540.1235
4  Facsimile:   714.755.8290
   Email:       jon.anderson@lw.com
5               eric.katz@lw.com

6  Attorneys for Defendant
   CONOCOPHILLIPS COMPANY
7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

| 11 | CITY OF MERCED REDEVELOPMENT AGENCY, | CASE NO. |
|---|---|---|
| 12 | | [Merced County Superior Court Case No. 151145] |
| 13 | Plaintiff, | |
| 14 | v. | **CONOCOPHILLIPS COMPANY'S NOTICE OF CONSENT TO REMOVAL** |
| 15 | EXXON MOBIL CORPORATION, EXXON CORPORATION; CHEVRON U.S.A. INC.; CONOCOPHILLIPS COMPANY, F/K/A PHILLIPS PETROLEUM COMPANY, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST BY MERGER TO TOSCO CORPORATION; SHELL OIL COMPANY; KINDER MORGAN ENERGY PARTNERS, L.P.; EQUILON ENTERPRISES LLC; SFPP, L.P.; TESORO CORPORATION; TESORO REFINING AND MARKETING COMPANY and DOES 1 THROUGH 200, inclusive, Defendants. | |

1  Defendant ConocoPhillips Company, by and through its undersigned counsel,
2  hereby consents to the removal of this action by certain defendants, including Shell Oil Company
3  and Equilon Enterprises LLC, from the Superior Court of the State of California, County of
4  Merced (originally denominated No. 151145), to the District Court of the United States for the
5  district and division within which this action is pending.

7  Dated: May 21, 2008

        LATHAM & WATKINS LLP
        Jon D. Anderson
        Eric M. Katz

        By _____
           Eric M. Katz
        Attorneys for Defendant
        CONOCOPHILLIPS COMPANY

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

OC\954062.1

2

CONOCOPHILLIPS COMPANY'S NOTICE OF
CONSENT TO REMOVAL