# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:           [202] 502-2888
http://www.jpml.uscourts.gov

July 9, 2008

**FILED**
JUL 11 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: MDL No. 1358 -- IN RE: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

(See Attached CTO-32)     1:08-cv-00714-LJO-GSA

Dear Mr. McMahon:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on June 23, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Denise Morgan-Stone
Denise Morgan-Stone
Deputy Clerk

Attachment

cc:  Transferee Judge: Judge Shira Ann Scheindlin
     Transferor Judge: Judge Lawrence J. O'Neill
     Transferor Clerk: Jack L. Wagner

JPML Form 36

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL − 9 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 23 2008

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION
   City of Merced Redevelopment Agency v. Exxon Mobil  )
      Corp., et al., E.D. California, C.A. No. 1:08-714  )      MDL No. 1358

### CONDITIONAL TRANSFER ORDER (CTO-32)

On October 10, 2000, the Panel transferred two civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 151 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Shira Ann Scheindlin.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Scheindlin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of October 10, 2000, and, with the consent of that court, assigned to the Honorable Shira Ann Scheindlin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Case 1:08-cv-00714-LJO-GSA   Document 26   Filed 07/11/08   Page 3 of 3

IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION                                           MDL No. 1358

## INVOLVED COUNSEL LIST (CTO-32)

Jon D. Anderson
LATHAM & WATKINS LLP
650 Town Center Drive
Suite 2000
Costa Mesa, CA 92626

Julia Christine Butler
REED SMITH LLP
1999 Harrison Street
Suite 2400
Oakland, CA 94612-3572

Patrick J. Cafferty, Jr.
MUNGER TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, CA 94105-2907

Colleen P. Doyle
BINGHAM MCCUTCHEN LLP
355 South Grand Avenue
Suite 4400
Los Angeles, CA 90071-3106

Robin Greenwald
WEITZ & LUXENBERG PC
180 Maiden Lane
40th Floor
New York, NY 10038

Duane C. Miller
MILLER AXLINE & SAWYER
1050 Fulton Avenue
Suite 100
Sacramento, CA 95825-4272

Jeffrey John Parker
SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 South Hope Street
Suite 4800
Los Angeles, CA 90071-1448

Peter J. Sacripanti
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
14th Floor
New York, NY 10173-1922

Jeanne E. Schechter
Office of the City Attorney
City of Merced
678 West 18th Street
Merced, CA 95340

Peter A. Strotz
FILICE BROWN EASSA & MCLEOD
1999 Harrison Street
18th Floor
Oakland, CA 94612

William D. Temko
MUNGER TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071