UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CITY OF MERCED REDEVELOPMENT AGENCY,<br><br>          Plaintiff,<br><br>     v.<br><br>EXXON MOBIL CORPORATION, et al.<br><br>          Defendants. | Case No. _1:08-cv-00714-LJO-GSA<br><br>**ORDER RE SERVICE BY LEXIS NEXIS FILE & SERVE** |

The parties have used Lexis Nexis File & Serve to effect service upon all other parties in this action, pursuant to an order of the Honorable Shira Scheindlin, United States District Court for the Southern District of New York.  Because the case has been remanded to this Court and all parties are required to file and serve documents using the Court's Electronic Court Filing ("ECF") system, the Court hereby orders that documents filed using the ECF system need not also be served on Lexis Nexis File & Serve.

IT IS SO ORDERED.

Dated: **May 19, 2014**       /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE