Duane C. Miller, #57812
Michael D. Axline, #229840
Tracey L. O'Reilly, #206230
Molly McGinley Han, #293211
**MILLER & AXLINE**
A Professional Corporation
1050 Fulton Avenue, Suite 100
Sacramento, CA 95825-4225
Telephone:  (916) 488-6688
Facsimile:  (916) 488-4288

(Exempt from filing fees
per Govt. Code, § 6103)

Attorneys for Plaintiff
City of Merced Redevelopment Agency

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CITY OF MERCED REDEVELOPMENT AGENCY, and MERCED DESIGNATED LOCAL AUTHORITY, AS SUCCESSOR AGENCY TO THE REDEVELOPMENT AGENCY OF THE CITY OF MERCED<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION; EXXON CORPORATION; CHEVRON U.S.A., INC.; SHELL OIL COMPANY; EQUILON ENTERPRISES LLC; TESORO CORPORATION; TESORO REFINING AND MARKETING COMPANY and DOES 1 THROUGH 200, inclusive,<br><br>Defendants. | Case No.  1:08-cv-00714-LJO-GSA<br><br>**ORDER ADOPTING STIPULATED DATES FOR SUPPLEMENTAL DISCOVERY**<br><br>Complaint Filed: April 7, 2008<br>Trial: June 16, 2015<br><br>(Doc. 72) |

Pursuant to Plaintiffs' (City of Merced Redevelopment Agency and Merced Designated Legal Authority) request for supplemental discovery, this Court's October 10, 2014 Scheduling Conference Order, and the telephonic conference held on October 17, 2014, the parties propose the following stipulated schedule for completion of limited supplemental discovery in this matter:[1]

1. No later than November 17, 2014, Plaintiffs shall produce all supplemental documents consistent with the scope of supplemental discovery permitted by the Court's October 10, 2014 Scheduling Conference Order.

2. No later than December 1, 2014, Plaintiffs shall produce a supplemental expert report by Dave Norman consistent with the scope of supplemental discovery permitted by the Court's October 10, 2014 Scheduling Conference Order.

3. No later than December 17, 2014, Defendants shall provide a written report to Plaintiffs identifying a deadline by which Defendants would complete review of Plaintiffs' supplemental documents and expert report (if not already completed); any additional documents or materials that Defendants contend need to be produced; and, if

---

[1] The Court's October 10, 2010 Scheduling Conference Order states as follows:

> The Court will permit supplemental discovery to be performed for the limited purpose of updating the costs/damages for further remediation incurred by the RDA to address the Methyl Tertiary Butyl Ether ("MTBE") contamination at the R Street stations. This ruling does not include reopening all expert discovery. Instead, Plaintiff may update the expert report of Mr. David Norman (Plaintiff's expert), or other experts who were previously retained. Defendant may use their previously retained experts to rebut any updated report. Other documentation related to the costs and damages may also be propounded.

Doc. 67.

1  possible, a deadline for the production of Defendants' rebuttal expert
2  report(s) as well as dates for any depositions to be conducted.[2]

4  4. Plaintiffs shall update any applicable discovery responses no later than
5  January 9, 2014.

7  The Court hereby adopts the foregoing stipulated schedule for supplemental
8  discovery.  The Court notes that the parties further agree (1) that Defendants reserve
9  the right to move to exclude any supplemental discovery responses from Plaintiffs
10 on all applicable grounds, including, without limitation, the lack of prior disclosure
11 or supplementation; and (2) that Plaintiffs reserve the right to oppose any such
12 motion on all applicable grounds.

IT IS SO ORDERED.

Dated: **October 29, 2014**          **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE

---

[2] If Defendants' written report does not provide a deadline for the production of rebuttal experts reports and dates for depositions to be conducted, the report shall specify a date certain by which a deadline for the production of rebuttal expert reports and deposition dates will be ascertained and communicated to Plaintiffs in writing.