SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
JEFFREY J. PARKER, Cal. Bar No. 155377
WHITNEY JONES ROY, Cal. Bar No. 211541
333 South Hope Street, 48th Floor
Los Angeles, California  90071-1448
Telephone:  213-620-1780
Facsimile:   213-620-1398
jparker@sheppardmullin.com
wroy@sheppardmullin.com

Attorneys for Defendant
EXXON MOBIL CORPORATION

(submitted with permission of all parties)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CITY OF MERCED REDEVELOPMENT AGENCY, et. al.,<br><br>          Plaintiff,<br><br>     v.<br><br>EXXON MOBIL CORPORATION; EXXON CORPORATION; CHEVRON U.S.A., INC.; CONOCOPHILLIPS COMPANY, F/K/A PHILLIPS PETROLEUM COMPANY, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST BY MERGER TO TOSCO CORPORATION; SHELL OIL COMPANY; KINDER MORGAN ENERGY PARTNERS, L.P.; EQUILON ENTERPRISES LLC; SFPP, L.P.; TESORO CORPORATION; TESORO REFINING AND MARKETING COMPANY and DOES 1 THROUGH 200, inclusive,<br><br>          Defendants. | Case No. 1:08-cv-00714-LJO-GSA<br><br>**STIPULATION AND ORDER EXTENDING DEADLINES FOR FILING OF COST BILLS AND OBJECTIONS**<br><br>Complaint Filed:  April 7, 2008 |

1  Defendants Chevron U.S.A. Inc., Exxon Mobil Corporation (formerly known
2  as Exxon Corporation), Shell Oil Company, Equilon Enterprises LLC, Tesoro
3  Corporation, and Tesoro Refining and Marketing Company (collectively,
4  "Defendants") and plaintiff Merced Designated Local Authority, as successor
5  agency to the Redevelopment Agency of the City of Merced ("Plaintiff") submit the
6  following stipulation:

8  WHEREAS, on February 4, 2015, the Court granted in part Defendants'
9  motion for summary judgment (CM/ECF Document No. 118) and the Clerk entered
10  judgment in accordance therewith (CM/ECF Document No. 119).

12  WHEREAS, Defendants are each preparing their respective cost bills.

14  WHEREAS, due to the duration of this case and amount of cost information
15  to be collected and reviewed for the cost bills, it has been a time-consuming process
16  that is taking longer than the 14 days allowed under E.D. Cal. Local Rule 292(b).

18  WHEREAS, Plaintiff anticipates that it will need more than the week allowed
19  under E.D. Cal. Local Rule 292(c) to prepare its objection to the four Defendants'
20  cost bills.

22  WHEREAS, the parties are engaged in discussions that, if successful, would
23  resolve all cost bills and appeals.

SMRH:436462685.1

**STIPULATION AND (PROPOSED) ORDER EXTENDING DEADLINES FOR FILING OF COST BILLS AND OBJECTIONS**

-1-

1    THEREFORE, the parties stipulate to a two-week extension for Defendants to
2  file their cost bills and two weeks for Plaintiff to file its opposition to any cost bills.

4  Dated: February 18, 2015

6  Respectfully submitted,
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

   By   */s/ Jeffrey J. Parker*
         JEFFREY J. PARKER
         Attorneys for Defendant
         EXXON MOBIL CORPORATION

   MILLER & AXLINE

   By   */s/ Michael D. Axline*
         MICHAEL D. AXLINE
   Attorney for Plaintiff
         MERCED DESIGNATED LOCAL AUTHORITY, AS SUCCESSOR AGENCY TO THE REDEVELOPMENT AGENCY OF THE CITY OF MERCED

   KING & SPALDING LLP

   By   */s/ Charles C. Correll, Jr.*
         CHARLES C. CORRELL, JR.
         Attorneys for Defendant
         CHEVRON U.S.A. INC.

   HUNTON & WILLIAMS LLP

   By   */s/ Colleen P. Doyle*
         COLLEEN P. DOYLE
         Attorney for Defendants
         TESORO CORPORATION AND TESORO REFINING AND MARKETING COMPANY

   SEDGWICK LLP

   By   */s/ Peter C. Condron*
         PETER C. CONDRON
         Attorney for Defendants
         SHELL OIL COMPANY AND EQUILON ENTERPRISES LLC

22 IT IS SO ORDERED.

23   Dated:   **February 18, 2015**           **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE