| | |
|---|---|
| Duane C. Miller, #57812<br>Michael D. Axline, #229840<br>Tracey L. O'Reilly, #206230<br>Molly McGinley Han, #293211<br>**MILLER & AXLINE**<br>A Professional Corporation<br>1050 Fulton Avenue, Suite 100<br>Sacramento, CA 95825-4225<br>Telephone:  (916) 488-6688<br>Facsimile:  (916) 488-4288<br><br>Attorneys for Plaintiff<br>City of Merced Redevelopment Agency | (Exempt from filing fees<br>per Govt. Code, § 6103) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CITY OF MERCED REDEVELOPMENT AGENCY, et. al.,<br><br>           Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION; EXXON CORPORATION; CHEVRON U.S.A., INC.; CONOCOPHILLIPS COMPANY, F/K/A PHILLIPS PETROLEUM COMPANY, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST BY MERGER TO TOSCO CORPORATION; SHELL OIL COMPANY; KINDER MORGAN ENERGY PARTNERS, L.P.; EQUILON ENTERPRISES LLC; SFPP, L.P.; TESORO CORPORATION; TESORO REFINING AND MARKETING COMPANY and DOES 1 THROUGH 200, inclusive,<br><br>           Defendants. | Case No. 1:08-cv-00714-LJO-GSA<br><br>**STIPULATION AND ORDER EXTENDING DEADLINES FOR FILING OF COST BILLS AND OBJECTIONS**<br><br>Complaint Filed:  April 7, 2008 |

**STIPULATION AND ORDER EXTENDING
DEADLINES FOR FILING OF COST BILLS AND OBJECTIONS**

1  Defendants Chevron U.S.A. Inc., Exxon Mobil Corporation (formerly known
2  as Exxon Corporation), Shell Oil Company, Equilon Enterprises LLC, Tesoro
3  Corporation, and Tesoro Refining and Marketing Company (collectively,
4  "Defendants") and plaintiff Merced Designated Local Authority, as successor
5  agency to the Redevelopment Agency of the City of Merced ("Plaintiff") submit the
6  following stipulation:

8  WHEREAS, on February 4, 2015, the Court granted in part Defendants'
9  motion for summary judgment (CM/ECF Document No. 118) and the Clerk entered
10 judgment in accordance therewith (CM/ECF Document No. 119).

12 WHEREAS, Defendants filed four cost bills on March 4, 2015, two of which
13 included substantial supporting documentation.

15 WHEREAS, Plaintiff anticipates that it will need more than the two weeks
16 previously agreed upon in the February 18, 2015, Stipulation and Order.

18 WHEREAS, the parties are actively engaged in discussions that, if successful,
19 would resolve all cost bills and appeals, and that these discussions will require
20 approval of the parties' respective clients and oversight boards.

22 THEREFORE, the parties stipulate Plaintiff will have up to, and including,
23 Wednesday, April 8, 2015, to file its opposition to any cost bills, and defendants will
24 have up to, and including, April 29, 2015, to file any responses to Plaintiff's
25 objections.

Dated: March 10, 2015

| | |
|---|---|
| Respectfully submitted,<br>MILLER & AXLINE<br><br>By _/s/ Michael D. Axline_<br>　　　MICHAEL D. AXLINE<br>Attorney for Plaintiff<br>MERCED DESIGNATED LOCAL AUTHORITY, AS SUCCESSOR AGENCY TO THE REDEVELOPMENT AGENCY OF THE CITY OF MERCED | KING & SPALDING LLP<br><br>By _/s/ Charles C. Correll, Jr._<br>　　　CHARLES C. CORRELL, JR.<br>Attorneys for Defendant<br>CHEVRON U.S.A. INC. |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br><br>By _/s/ Jeffrey J. Parker_<br>　　　JEFFREY J. PARKER<br>Attorneys for Defendant<br>EXXON MOBIL CORPORATION | HUNTON & WILLIAMS LLP<br><br>By _/s/ Colleen P. Doyle_<br>　　　COLLEEN P. DOYLE<br>Attorney for Defendants<br>TESORO CORPORATION AND TESORO REFINING AND MARKETING COMPANY |
| | SEDGWICK LLP<br><br>By _/s/ Peter C. Condron_<br>　　　PETER C. CONDRON<br>Attorney for Defendants<br>SHELL OIL COMPANY AND EQUILON ENTERPRISES LLC |

IT IS SO ORDERED:

Dated: March 10, 2015　　　　　　　　　　　_/s/ Lawrence J. O'Neill_
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE