Duane C. Miller, #57812
Michael D. Axline, #229840
Tracey L. O'Reilly, #206230
Molly McGinley Han, #293211
**MILLER & AXLINE**
A Professional Corporation
1050 Fulton Avenue, Suite 100
Sacramento, CA 95825-4225
Telephone:  (916) 488-6688
Facsimile:  (916) 488-4288

(Exempt from filing fees
per Govt. Code, § 6103)

Attorneys for Plaintiff
City of Merced Redevelopment Agency

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CITY OF MERCED REDEVELOPMENT AGENCY, et. al., <br><br> Plaintiff, <br><br> v. <br><br> EXXON MOBIL CORPORATION; EXXON CORPORATION; CHEVRON U.S.A., INC.; CONOCOPHILLIPS COMPANY, F/K/A PHILLIPS PETROLEUM COMPANY, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST BY MERGER TO TOSCO CORPORATION; SHELL OIL COMPANY; KINDER MORGAN ENERGY PARTNERS, L.P.; EQUILON ENTERPRISES LLC; SFPP, L.P.; TESORO CORPORATION; TESORO REFINING AND MARKETING COMPANY and DOES 1 THROUGH 200, inclusive, <br><br> Defendants. | Case No. 1:08-cv-00714-LJO-GSA <br><br> **STIPULATION AND ORDER EXTENDING DEADLINES FOR FILING OF COST BILLS AND OBJECTIONS** <br><br> Complaint Filed:  April 7, 2008 |

1  Defendants Chevron U.S.A. Inc., Exxon Mobil Corporation (formerly known
2  as Exxon Corporation), Shell Oil Company, Equilon Enterprises LLC, Tesoro
3  Corporation, and Tesoro Refining and Marketing Company (collectively,
4  "Defendants") and plaintiff Merced Designated Local Authority, as successor
5  agency to the Redevelopment Agency of the City of Merced ("Plaintiff") submit the
6  following stipulation:

8  WHEREAS, on February 4, 2015, the Court granted in part Defendants'
9  motion for summary judgment (CM/ECF Document No. 118) and the Clerk entered
10 judgment in accordance therewith (CM/ECF Document No. 119).

12 WHEREAS, Defendants filed four cost bills on March 4, 2015, two of which
13 included substantial supporting documentation.

15 WHEREAS, Plaintiff anticipates that it will need more time to respond than
16 previously agreed upon in the March 10, 2015, Stipulation and Order.

18 WHEREAS, the parties are still actively engaged in discussions that, if
19 successful, would resolve all cost bills and appeals, and that these discussions will
20 require approval of the parties' respective clients and oversight boards.
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

1  THEREFORE, the parties stipulate Plaintiff will have up to, and including,
2  Wednesday, April 29, 2015, to file its opposition to any cost bills, and defendants
3  will have up to, and including, May 20, 2015, to file any responses to Plaintiff's
4  objections.

5  Dated: April 2, 2015

6  
7  Respectfully submitted,
   MILLER & AXLINE                          KING & SPALDING LLP

8  By    /s/ Michael D. Axline
           MICHAEL D. AXLINE               By    /s/ Jeremiah J. Anderson
9  Attorney for Plaintiff                         Jeremiah J. Anderson
                                                  Attorneys for Defendant
10    MERCED DESIGNATED LOCAL                     CHEVRON U.S.A. INC.
    AUTHORITY, AS SUCCESSOR AGENCY
11   TO THE REDEVELOPMENT AGENCY OF
            THE CITY OF MERCED
12
13  SHEPPARD, MULLIN, RICHTER &             HUNTON & WILLIAMS LLP
    HAMPTON LLP
14
    By    /s/ Whitney Jones Roy            By    /s/ Colleen P. Doyle
15          WHITNEY JONES ROY                       COLLEEN P. DOYLE
            Attorneys for Defendant                 Attorney for Defendants
16      EXXON MOBIL CORPORATION              TESORO CORPORATION AND
                                              TESORO REFINING AND
17                                             MARKETING COMPANY

18
19                                          SEDGWICK LLP

20                                          By    /s/ Peter C. Condron
                                                    PETER C. CONDRON
21                                                  Attorney for Defendants
                                              SHELL OIL COMPANY AND
22                                           EQUILON ENTERPRISES LLC
23
   IT IS SO ORDERED.
24
25    Dated:   **April 3, 2015**              **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE
26
27
28