Duane C. Miller, #57812
Michael D. Axline, #229840
Tracey L. O'Reilly, #206230
Molly McGinley Han, #293211
**MILLER & AXLINE**
A Professional Corporation
1050 Fulton Avenue, Suite 100
Sacramento, CA 95825-4225
Telephone: (916) 488-6688
Facsimile: (916) 488-4288

(Exempt from filing fees
per Govt. Code, § 6103)

Attorneys for Plaintiff
City of Merced Redevelopment Agency

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CITY OF MERCED REDEVELOPMENT AGENCY, et. al.,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION; EXXON CORPORATION; CHEVRON U.S.A., INC.; CONOCOPHILLIPS COMPANY, F/K/A PHILLIPS PETROLEUM COMPANY, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST BY MERGER TO TOSCO CORPORATION; SHELL OIL COMPANY; KINDER MORGAN ENERGY PARTNERS, L.P.; EQUILON ENTERPRISES LLC; SFPP, L.P.; TESORO CORPORATION; TESORO REFINING AND MARKETING COMPANY and DOES 1 THROUGH 200, inclusive,<br><br>Defendants. | Case No. 1:08-cv-00714-LJO-GSA<br><br>**STIPULATION AND ORDER EXTENDING DEADLINES FOR FILING OF COST BILLS AND OBJECTIONS**<br><br>Complaint Filed:  April 7, 2008 |

Defendants Chevron U.S.A. Inc., Exxon Mobil Corporation (formerly known as Exxon Corporation), Shell Oil Company, Equilon Enterprises LLC, Tesoro Corporation, and Tesoro Refining and Marketing Company (collectively, "Defendants") and plaintiff Merced Designated Local Authority, as successor agency to the Redevelopment Agency of the City of Merced ("Plaintiff") submit the following stipulation:

WHEREAS, on February 4, 2015, the Court granted in part Defendants' motion for summary judgment (CM/ECF Document No. 118) and the Clerk entered judgment in accordance therewith (CM/ECF Document No. 119).

WHEREAS, Defendants filed four cost bills on March 4, 2015, two of which included substantial supporting documentation.

WHEREAS, Plaintiff anticipates that it will need more time to respond than previously agreed upon in April 2, 2015, Stipulation and Order.

WHEREAS, the parties are still actively engaged in discussions that, if successful, would resolve all cost bills and appeals, and that these discussions will require approval of the parties' respective clients and oversight boards.

WHEREAS, the Ninth Circuit Court of Appeals has scheduled a telephonic Mediation Assessment Conference for May 12, 2015, which, if successful, would also resolve all cost bills and appeals, and which would require approval of the parties' respective clients and oversight boards.

THEREFORE, the parties stipulate Plaintiff will have up to, and including, Wednesday, May 20, 2015, to file its opposition to any cost bills, and defendants will have up to, and including, June 20, 2015, to file any responses to Plaintiff's objections.

Dated: April 28, 2015

Respectfully submitted,
MILLER & AXLINE

By   */s/ Michael D. Axline*
      MICHAEL D. AXLINE
Attorney for Plaintiff
MERCED DESIGNATED LOCAL AUTHORITY, AS SUCCESSOR AGENCY TO THE REDEVELOPMENT AGENCY OF THE CITY OF MERCED

KING & SPALDING LLP

By   */s/ Jeremiah J. Anderson*
      Jeremiah J. Anderson
Attorneys for Defendant
CHEVRON U.S.A. INC.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ Whitney Jones Roy*
      WHITNEY JONES ROY
Attorneys for Defendant
EXXON MOBIL CORPORATION

HUNTON & WILLIAMS LLP

By   */s/ Colleen P. Doyle*
      COLLEEN P. DOYLE
Attorney for Defendants
TESORO CORPORATION AND TESORO REFINING AND MARKETING COMPANY

SEDGWICK LLP

By   */s/ Peter C. Condron*
      PETER C. CONDRON
Attorney for Defendants
SHELL OIL COMPANY AND EQUILON ENTERPRISES LLC

**IT IS SO ORDERED**
**Dated: April 29, 2015**

      **/s/ Lawrence J. O'Neill**
      **United States District Judge**