UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CITY OF MERCED REDEVELOPMENT AGENCY,<br><br>            Plaintiff,<br><br>    v.<br><br>EXXON MOBIL CORPORATION, *et al.*,<br><br>            Defendants. | Case No. 1:08-cv-00714-LJO-GSA<br><br>**ORDER ON WAIVER OF COSTS AND APPEAL**<br><br>Complaint Filed:    April 7, 2008<br>Bench Trial:           N/A |

### **ORDER**

Having considered the parties' Stipulation Re Waiver of Costs and Appeal, Doc. 137, and for good cause shown, the Court hereby:

ORDERS, ADJUDGES, AND DECREES that

1.    Defendants have waived their right as prevailing parties to recover all costs claimed on their respective Bills of Cost filed on March 4, 2015, and each Defendant shall withdraw its Bill of Costs within five days of entry of this Order; and

2.    Plaintiff has waived its right to appeal and shall withdraw its appeal within five days of this Order.

IT IS SO ORDERED.

   Dated:   **May 13, 2015**                    /s/ Lawrence J. O'Neill
                                                               UNITED STATES DISTRICT JUDGE